IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 5:13-CR-00130-C (01) |
| MICHELLE DIANE THOMAS | |

### RELEASE OF JUDGMENT LIEN

Judgment was entered against the defendant in the above-entitled cause in the United States District Court for the Northern District of Texas under case number 5:13-CR-130-01.  The judgment in the amount of $2,292.39 has been paid or otherwise satisfied.  The Clerk of the United States District Court is hereby authorized to release this judgment of record.  The lien recorded in Lubbock County, Texas as Document No. 2014034151 on September 22, 2014 is hereby released.  This release does not apply to any forfeiture obligations of the defendant.

    Respectfully submitted,

    JOHN R. PARKER
    UNITED STATES ATTORNEY

    */s/ Mark J. Tindall*
    MARK J. TINDALL
    Assistant United States Attorney
    Texas Bar No. 24071364
    1100 Commerce Street, Third Floor
    Dallas, Texas  75242-1699
    Telephone:  214-659-8751
    mark.tindall@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned certifies that in accordance with Fed. R. Civ. P. 5, LR 5.1, and Fed. R. Crim. P. 49, LCrR 49.2, and the Miscellaneous Order on Electronic Case Filing (ECF), the following document:

United States' Release of Lien

was served pursuant to the district court's ECF system. An original release of judgment lien for recording in each county was sent by first-class mail on July 13, 2017 to the following non-ECF filers:

MICHELLE DIANE THOMAS
Lubbock, Texas
*Defendant*

                                                */s/ Mark J. Tindall*
                                                MARK J. TINDALL
                                                Assistant United States Attorney